United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER SURBEY,

        Plaintiff,

    v.

PACIFIC GAS & ELECTRIC CO., et al.,

        Defendants.

Case No.: 13-cv-02402-YGR

**ORDER REQUIRING PERSONAL APPEARANCE OF COUNSEL ON NOVEMBER 5, 2013 TO MEET AND CONFER REGARDING DISCOVERY DISPUTE AND ORDER TO SHOW CAUSE**

Plaintiff has filed two *ex parte* discovery letters requesting that the Court quash subpoenas to Plaintiff's current and former employers and stay discovery pending an initial case management conference.[1]  Plaintiff states that Defendants' counsel refused to meet and confer substantively regarding the substance of the pending dispute.  Plaintiff filed his initial letter with the Court within one day after Defendants' service of the subpoenas at issue.

The Court hereby **ORDERS** counsel for both parties to personally appear at the Oakland Courthouse on Tuesday, November 5, 2013 at 1:30 p.m. to meet and confer regarding the pending dispute.  The parties shall check in with the Courtroom Deputy, Frances Stone, in the Clerk's Office on the 4th Floor.  Upon completion of the meet and confer, the parties shall inform the Courtroom Deputy whether they have resolved the dispute and shall await further instruction from Ms. Stone.

In addition, Defendants' counsel is hereby **ORDERED TO SHOW CAUSE** why he should not be sanctioned for refusing to meet and confer with Plaintiff's counsel pursuant to this Court's Standing

---

[1] Plaintiff filed his initial discovery letter on October 30, 2013.  (Dkt. No. 23.)  The next day, he filed a "corrected" version and requested that the Clerk's Office lock Dkt. No. 23 because it contained "confidential information."  (Dkt. No. 24.)  The Court notes that, to date, Plaintiff has failed to file a Motion to Remove Incorrectly Filed Document to request that the Court permanently remove the document from ECF.  *See* http://www.cand.uscourts.gov/ecf/correctingmistake#SENSITIVE.

Order in Civil Cases at section 8.  Plaintiff's counsel is also **ORDERED TO SHOW CAUSE** regarding whether he gave Defendants' counsel a reasonable opportunity to meet and confer regarding the pending dispute, having waited only one day before filing an *ex parte* discovery letter that violates this Court's Standing Order.

Because Plaintiff has filed a corrected letter, this Order terminates Dkt. No. 23.

**IT IS SO ORDERED.**

Dated: November 1, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**