UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SURBEY,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GAS & ELECTRIC CO., et al.,<br><br>    Defendants. | Case No.: 13-cv-02402-YGR<br><br>**ORDER REGARDING MEET AND CONFER SESSION SCHEDULED FOR NOVEMBER 5, 2013** |

The Court has ordered that the parties personally appear at the Oakland courthouse on November 5, 2013 to meet and confer regarding a discovery dispute. (*See* Dkt. Nos. 24 & 25.) Defendants' counsel represents that the attorneys on this matter will either be in trial or may be called in for jury duty on November 5. In light of these conflicts, the Court will not require that the parties personally appear on November 5, but **ORDERS** that the parties begin or continue to meet and confer over the pending dispute. If the parties have not resolved by dispute by November 11, 2013, they are **ORDERED** to personally appear for a status conference in Courtroom 5 on November 12, 2013 at 3:00 p.m. The parties shall file a joint notice if they resolve the matter on or prior to November 11.

Plaintiff's response to the Order to Show Cause continues to be due at 5:00 p.m. today, November 4, 2013.

**IT IS SO ORDERED.**

Dated: November 4, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE