LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
BRIAN H. CHUN (State Bar No. 215417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY and
PG&E CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SURBEY, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, PACIFIC GAS & ELECTRIC CORPORATION, and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. 3:13-cv-02402-TEH<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>IT IS SO ORDERED AS MODIFIED<br><br>Complaint filed:  May 28, 2013 |

## STIPULATION AND REQUEST

Plaintiff Christopher Surbey ("Plaintiff") and Defendants Pacific Gas and Electric Company and PG&E Corporation ("Defendants") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS on January 28, 2014, the Court continued the Case Management Conference from February 3, 2014 to February 10, 2014; and

WHEREAS lead counsel for Defendants, Gary T. Lafayette, is unavailable to attend the Case Management Conference on February 10, 2014 as he will be out-of-state at a board meeting from February 8-11, 2014;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the Parties through their respective attorneys of record that the Case Management Conference be continued to February 24, 2014 at 1:30 p.m.

DATED: January 31, 2014         SMITH PATTEN

                                          /s/ Dow W. Patten
                                         DOW W. PATTEN
                                         Attorneys for Plaintiff
                                         CHRISTOPHER SURBEY

DATED: January 31, 2014         LAFAYETTE & KUMAGAI LLP

                                          /s/ Brian H. Chun
                                         BRIAN H. CHUN
                                         Attorney for Defendants
                                         PACIFIC GAS AND ELECTRIC COMPANY and
                                         PG&E CORPORATION

## SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Dow W. Patten, counsel for Plaintiff, for the filing of this stipulation.

                                          /s/ Brian H. Chun
                                         BRIAN H. CHUN

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

## **ORDER**

Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby ORDERED that the Case Management Conference be continued to ~~February 24, 2014~~ March 3, 2014 at 1:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____02/03_____, 2014        _____
                                       THELTON E. HENDERSON
                                       United States District Judge



IT IS SO ORDERED
AS MODIFIED
Judge Thelton E. Henderson

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605