IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER SURBEY,

           Plaintiff,

   v.

PACIFIC GAS & ELECTRIC COMPANY, et al.,

           Defendants.

NO. C13-2402 TEH

ORDER WITHDRAWING APPOINTMENT OF SPECIAL MASTER FOR DISCOVERY

After considering Plaintiff Christopher Surbey's objections, the Court hereby withdraws the appointment of Starr Babcock, Esq., as Special Master in this case. The parties shall come prepared to the March 3, 2014 case management conference prepared to discuss whether a special master for discovery is appropriate. Following that discussion, the Court will consider all options, including the possible re-appointment of Mr. Babcock or the Court handling all discovery issues in this case.

**IT IS SO ORDERED.**

Dated: 02/12/14

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT