LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
BRIAN H. CHUN (State Bar No. 215417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY and
PG&E CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SURBEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, PACIFIC GAS & ELECTRIC CORPORATION, and DOES 1-10,<br><br>Defendants. | Case No. 3:13-cv-02402-TEH<br><br>**STIPULATION AND REQUEST TO EXTEND DEADLINE FOR CONDUCTING MEDIATION; [PROPOSED] ORDER**<br><br>Complaint filed: May 28, 2013 |

## STIPULATION AND REQUEST

Plaintiff Christopher Surbey ("Plaintiff") and Defendants Pacific Gas and Electric Company and PG&E Corporation ("Defendants") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS on November 14, 2013, the Court issued an Order referring the Parties to a court-provided mediation pursuant to stipulation of the Parties;

WHEREAS on December 9, 2013, the Court appointed Mark LeHocky as the mediator;

WHEREAS on February 3, 2014, the Court granted the Parties' stipulated request to extend the deadline to conduct mediation from February 12, 2014 to May 7, 2014;

WHEREAS the Parties subsequently scheduled a mediation with Mr. LeHocky for May 7, 2014;

WHEREAS on March 20, 2014, Mr. LeHocky withdrew as mediator in light of a potential conflict of interest;

WHEREAS on March 21, 2014, the Court appointed G. Scott Emblidge as the new mediator; and

WHEREAS on April 4, 2014, the Parties participated in a pre-mediation conference call with Mr. Emblidge and agreed upon a new mediation date of June 20, 2014, in order to give the Parties sufficient time to conduct limited discovery prior to the mediation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the Parties through their respective attorneys of record that the deadline to conduct mediation be extended from May 7, 2014 to June 20, 2014.

DATED: April 8, 2014                SMITH PATTEN

                                    _/s/ Dow W. Patten_
                                    DOW W. PATTEN
                                    Attorneys for Plaintiff
                                    CHRISTOPHER SURBEY

DATED: April 8, 2014                                LAFAYETTE & KUMAGAI LLP

                                                    /s/ Brian H. Chun
                                                    BRIAN H. CHUN
                                                    Attorney for Defendants
                                                    PACIFIC GAS AND ELECTRIC COMPANY and
                                                    PG&E CORPORATION

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Dow W. Patten, counsel for Plaintiff, for the filing of this stipulation.

                                                    /s/ Brian H. Chun
                                                    BRIAN H. CHUN

### ORDER

Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby ORDERED that the parties' deadline for conducting mediation be extended to June 20, 2014. PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/9/14, 2014

                                                    THELTON E. HENDERSON
                                                    United States District Judge