LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
BRIAN H. CHUN (State Bar No. 215417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY and
PG&E CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SURBEY, an individual, | Case No. 3:13-cv-02402-TEH |
| Plaintiff, | **STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| PACIFIC GAS & ELECTRIC COMPANY, PACIFIC GAS & ELECTRIC CORPORATION, and DOES 1-10, | |
| Defendants. | Complaint filed: May 28, 2013 |

## STIPULATION AND REQUEST

Plaintiff Christopher Surbey ("Plaintiff") and Defendants Pacific Gas and Electric Company and PG&E Corporation ("Defendants") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS a Case Management Conference is currently scheduled for May 12, 2014;

WHEREAS a Joint Case Management Statement is currently due on May 5, 2014;

WHEREAS on April 4, 2014, the mediation in this case was continued to June 20, 2014; and

WHEREAS the Parties agree that the Case Management Conference will be most productive if it takes place after the mediation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the Parties through their respective attorneys of record that the Case Management Conference be continued to July 7, 2014 at 1:30 p.m.

DATED: May 2, 2014               SMITH PATTEN

                                 */s/ Dow W. Patten*
                                 DOW W. PATTEN
                                 Attorneys for Plaintiff
                                 CHRISTOPHER SURBEY

DATED: May 2, 2014               LAFAYETTE & KUMAGAI LLP

                                 */s/ Brian H. Chun*
                                 BRIAN H. CHUN
                                 Attorney for Defendants
                                 PACIFIC GAS AND ELECTRIC COMPANY and
                                 PG&E CORPORATION

## SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of Dow W. Patten, counsel for Plaintiff, for the filing of this stipulation.

                                 */s/ Brian H. Chun*
                                 BRIAN H. CHUN

**ORDER**

Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby ORDERED that the Case Management Conference be continued to July 7, 2014 at 1:30 p.m. PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___05/06___, 2014

_____
THELTON E. HENDERSON
United States District Judge

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. 3:13-cv-02402-TEH

3