UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER SURBEY,

        Plaintiff,

    v.

PACIFIC GAS & ELECTRIC COMPANY, et al.,

        Defendants.

Case No. 13-cv-02402-TEH

**ORDER DENYING MOTION TO CONTINUE JULY 7, 2014 CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE**

This case is scheduled for a case management conference ("CMC") on July 7, 2014, and a joint CMC statement was due on June 30, 2014. Defendants filed a timely, but separate, statement. Plaintiff filed an administrative motion to continue the CMC shortly after 8:00 PM on July 1, 2014. Not only was the motion filed after the deadline for filing a joint statement, but it also does not allow sufficient time for ruling prior to the CMC. Under Civil Local Rule 7-11(b), an opposition to an administrative motion is due no later than four days after the motion has been filed – in this case, July 7, the very day of the scheduled CMC. The motion is therefore DENIED as untimely. The parties shall appear as scheduled for the CMC on July 7, 2014.

In addition, Plaintiff's counsel shall come prepared to show cause at the CMC as to why monetary sanctions should not issue for his failure to file a timely CMC statement or request to continue.

**IT IS SO ORDERED.**

Dated: 07/02/14                                 _____

THELTON E. HENDERSON
United States District Judge