# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** December 18, 2014    **Time:** 3 hours and 10 minutes    **Judge:** JOSEPH C. SPERO

**Case No.**: 13-cv-02402-TEH    **Case Name:** Surbey v. Pacific Gas & Electric Company

**Attorney for Plaintiff:** Dow Patten

**Attorney for Defendant:** Susan Kumagai; Brian Chun

**Deputy Clerk:** Ada Means    **FTR Digital Recording:** 12:34-12:40 (Sealed)

## PROCEEDINGS

Settlement conference held. Case settled. Confidential terms of settlement placed on the records. Transcripts are sealed and may only be released to parties that were present at the conference.

**Order to be prepared by:**

[ ]   Plaintiff      [ ]   Defendant      [ ]   Court